23539

Jessica Lee Ann MITCHELL, a minor child under the age of fourteen (14) years, by her Guardian Ad Litem, Debra MITCHELL, Petitioner v. Harold BAZZLE and Brad Peebles, Individually and d/b/a Village Hills Mobile Home Park, Defendants, of whom Brad Peebles, Individually and d/b/a Village Hills Mobile Home Park, are Respondents.

(412 S.E. (2d) 416)

Supreme Court

*Tom W. Dunaway, III* of *Dunaway & Standeffer,* Anderson, *for petitioner.*

*Harold P. Threlkeld*, Anderson and *Herman E. Cox*, Greenville, *for respondents.*

*Bruce A. Byrholdt*, Anderson, *for defendants.*

Heard Dec. 3, 1991; Decided Dec. 16, 1991.

Reh. Den. Jan. 7, 1992.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

We granted petitioner's application for writ of certiorari to review the decision of the Court of Appeals in *Mitchell v. Peebles*, — S.C. —, 404 S.E. (2d) 910 (Ct. App. 1991). We dismiss the writ as improvidently granted.

Dismissed.